# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 14, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138163

RANDY LEE MYERS,

   Plaintiff-Appellant,

v

               SC: 138163
               CoA: 287672
DEPARTMENT OF CORRECTIONS,

   Defendant-Appellee.
_____

   On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 29, 2009, the Clerk of the Court is hereby directed to close this file.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 14, 2009

_____
Clerk

jm